Dina R. Richman (SBN 251088)
drichman@cozen.com
Mark A. Talise (SBN 305271)
mtalise@cozen.com
COZEN O'CONNOR
601 S. Figueroa St., Suite 3700
Los Angeles, CA 90017
Tel:    213.892.7900
Fax:    213.892.7999

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLACER VILLAGE APARTMENTS, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 2:21-cv-01115-WBS-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT TO AUGUST 4, 2021**<br><br>Complaint served: May 24, 2021<br><br>Current response date: July 21, 2021<br><br>New response date: August 4, 2021 |

Based on the stipulation of Plaintiff Placer Village Apartments, L.P. ("Plaintiff"), and Defendant Federal Insurance Company ("Defendant" or "Federal"), and good cause appearing, the deadline for Defendant to file a response to the First Amended Complaint is extended to August 4, 2021.

///

///

1
Order Granting Stipulation to Extend Time to Respond to Complaint

**IT IS SO ORDERED**.

Dated: July 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE